435 A.2d 241

Rokus, Appellant v. Rokus.

610

Argued January 13, 1981. Edwin J. Martin, for appellant; A. A. Bluestone, for appellee.

Before SPAETH, SHERTZ and MONTGOMERY, JJ.

Order affirmed.